| **Fill in this information to identify your case:** | |
|---|---|
| | ☐ Check if this modification is filed prior to filing of TRCC. |
| **IN THE UNITED STATES BANKRUPTCY COURT FOR THE EASTERN DISTRICT OF TEXAS** | ☐ Check if this modification is filed after TRCC filing but still within Benchmark Fee Period |
| Debtor 1   John I. Perrault<br>First Name   Middle Name   Last Name | ☑ Check if this modification is filed after Benchmark Fee Period. |
| Debtor 2   Ruby H. Perrault<br>(filing spouse) First Name   Middle Name   Last Name | List the sections which have been changed by this modification:<br>§ 2.2<br>§ 4.3 |
| Case Number:   17-10263 | |

**TXEB Local Form 3015-d**

# MOTION TO MODIFY
# CONFIRMED CHAPTER 13 PLAN

**Adopted: Dec 2017**

**TO THE HONORABLE JUDGE OF THIS COURT:**

1. This Motion to Modify Previously-Confirmed Chapter 13 Plan (the "Modification Motion") is filed by the:

    ☑ **Debtor;**[1]        ☐ **Chapter 13 Trustee;**

    ☐ **Unsecured Claimant:** _____

    for the purpose of modifying certain specified provisions of that Chapter 13 Plan **(dkt #30)** which had previously been confirmed for the Debtor on **10/31/2017 (dkt #36)**. Except as modified herein, all provisions of the confirmed Chapter 13 Plan remain in full force and effect.

    If this Motion is filed by the Debtor, each Debtor:

    ☐ certifies that an amended Schedule I and Schedule J have been filed contemporaneously with this motion;

    ☑ declares, under penalty of perjury, that the information contained in Schedule I and Schedule J, as previously filed with the Court, remains true and correct.

**28-DAY NEGATIVE NOTICE − LBR 3015(h):**

**Your rights may be affected by the plan modifications sought in this pleading. You should read this pleading carefully and discuss it with your attorney, if you have one in this bankruptcy case. If you oppose the relief sought by this pleading, you <u>must</u> file a written objection, explaining the factual and/or legal basis for opposing the relief.**

**No hearing will be conducted on this Motion unless a written objection is filed with the Clerk of the United States Bankruptcy Court and served upon the party filing this pleading <u>WITHIN TWENTY-EIGHT (28) DAYS FROM DATE OF SERVICE</u> shown in the certificate of service unless the Court shortens or extends the time for filing such objection. If no objection is timely served and filed, this pleading shall be deemed to be unopposed, and the Court may enter an order confirming this plan modification. If an objection is filed and served in a timely manner, the court will thereafter set a hearing with appropriate notice. If you fail to appear at the hearing, your objection may be stricken. The Court reserves the right to set a hearing on any matter.**

Debtor  John I. Perrault and Ruby H. Perrault                Case number  17-10263

<sub>1</sub> The use of the singular term "Debtor" in this Modification Motion includes both debtors when the case has been initiated by the filing of a joint petition by spouses.

2. This Modification Motion is required *[select all applicable]*:

   ☐ to reconcile the Plan with allowed claims pursuant to the TRCC;

   ☐ to increase the amount of payments required under the Plan;

   ☐ to reduce the amount of payments required under the Plan;

   ☐ to provide for an allowed claim omitted from treatment under the Plan;

   ☐ to extend the time for making payments required under the Plan;

   ☐ to reduce the time for making payments required under the Plan;

   ☐ to surrender collateral pursuant to § 3.6;

   ☐ to cease further plan disbursements to a particular claimant;

   ☑ to cure a delinquency in the plan payments caused by  **Insufficient sums being withheld from paycheck**

   ☐ to increase the amount of retained income tax refunds authorized under § 2.4;

   **Reason:**  ;

   ☑ to seek approval of an additional award of attorney's fees to the Debtor's attorney;

   ☐ Other: _____

   ☐ to add a nonstandard provision to Part 8 of the Plan *[check box below]*;

3. **Notice to Creditors**: Regarding insertion of new Nonstandard Provision into Debtor's Plan:

| **Nonstandard provisions as set forth in Part 8.** | ☐ Included | ☑ Not Included |
|---|---|---|

4. The specific modifications to the Debtor's Plan are as follows**:**

   ☑ **§ 2.2** of the Plan regarding regular plan payments [2] is **MODIFIED** in the following respects:

   Beginning on the 30th day after the Petition Date [3] unless the Court orders otherwise, the Debtor will make regular payments to the Trustee in variable amounts throughout the applicable commitment period and for such additional time as may be necessary to make the payments to claimants specified in Parts 3 through 5 of this Plan (the "Plan Term").  The payment schedule shall consist of:

   ☐ **Constant Payments**: The Debtor will pay $ _____ per month for _____ months.

   ☑ **Variable Payments**  The Debtor will pay make variable plan payments throughout the Plan Term. The proposed schedule for such variable payments are set forth in **Exhibit A** to this Order and are incorporated herein for all purposes.

   If plan payment amounts are increasing, the Debtor certifies that, with regard to **§ 2.3** of the Plan,

| Debtor | John I. Perrault and Ruby H. Perrault | Case number | 17-10263 |
|---|---|---|---|

☐ a Motion for an Amended Wage Withholding Order for the increased payment amount has been filed;

☐ an increase of the amount to be transferred to the Trustee by electronic means has been authorized.

---

[2] Any reference to § 2.2 of the Plan herein includes any payments designated and confirmed under ¶ 2 of the 2006 version of TXEB Local Form 3015-a.

[3] The use of the term "Petition Date" in this Plan refers to the date that the Debtor filed the voluntary petition in this case.

☒ **None.** No additional Cure Claims designated for treatment under **§ 3.2** of the Plan [4]

☐ **No Remaining Claims.** All claims previously listed as a Cure Claim in **§ 3.2** of the Plan have been reclassified.

☐ **Revised/Additional Cure Claims.** **§ 3.2** of the Plan regarding the treatment of Cure Claims is **MODIFIED** in the following respects; provided, however, that to the extent that any Cure Claim added hereto is composed of a post-petition mortgage arrearage, the payment of any such arrearage shall be deferred until such time as the Claimant files an amended proof of claim to quantify the amount of the post-petition arrearage and, in any event, unless the Court specifically orders otherwise, such payment shall be subordinated to the existing payment rights of junior classes under the Debtor's previously-confirmed Chapter 13 Plan:

| Claimant | Collateral/Property Description | Debtor's DPO Amount | Cure Claim Amount | Plan Interest Rate | Projected Monthly Payment by Trustee | Projected Total Cure Payment by Trustee |
|---|---|---|---|---|---|---|

☒ **None.** No additional 910 Claims designated for treatment under **§ 3.3** of the Plan. [5]

☐ **No Remaining Claims.** All claims previously listed as a 910 Claim in **§ 3.3** of the Plan have been reclassified.

☐ **Revised/Additional 910 Claims. § 3.3** of the Plan regarding the treatment of 910 Claims is **MODIFIED** in the following respects:

| Claimant | Collateral Description | 910 Claim Amount | Plan Interest Rate | Equal Monthly Payment by Trustee | Projected Total Payment by Trustee |
|---|---|---|---|---|---|

☒ **None.** No additional 506 Claims designated for treatment under **§ 3.4** of the Plan [6]

☐ **No Remaining Claims.** All claims previously listed as a 506 Claim in **§ 3.4** of the Plan have been reclassified.

☐ **Revised/Additional 506 Claims. § 3.4** of the Plan regarding the treatment of 506 Claims is **MODIFIED** in the following respects:

| Claimant | Collateral Description | 506 Claim Amount | Collateral Value | Plan Interest Rate | Equal Monthly Payment by Trustee | Projected Total Payment by Trustee |
|---|---|---|---|---|---|---|

---

[4] Any reference to § 3.2 of the Plan herein includes any payments designated and confirmed under ¶ 6(B) or ¶ 8 of the 2006 version of TXEB Local Form 3015-a.

[5] Any reference to § 3.3 of the Plan herein includes any payments designated and confirmed under ¶ 6(A)(ii)(a) of the 2006 version of TXEB Local Form 3015-a.

[6] Any reference to § 3.4 of the Plan herein includes any payments designated and confirmed under ¶ 6(A)(ii)(b) of the 2006 version of TXEB Local Form 3015-a.

☒ **None.** No additional Direct Claims designated for treatment under **§ 3.5** of the Plan. [7]

☐ **§ 3.5** of the Plan regarding the treatment of Direct Claims is **MODIFIED** in the following respects:

| Claimant | Collateral Description | Total Claim Amount on Petition Date | Collateral Value on Petition Date | Contract Interest Rate | Monthly Payment per Contract | Party to Make Payment | Date of Final Monthly Payment |
|---|---|---|---|---|---|---|---|

☐ **None.** No additional designations for surrender of collateral under **§ 3.6** of the Plan. [8]

☒ **Additional Surrender of Collateral. § 3.6** of the Plan regarding the designation of property to be surrendered is **MODIFIED.** The Debtor surrenders to each additional claimant listed below the property that secures that creditor's claim and requests that, upon the granting of this Modification Motion, the automatic stay under § 362(a) be terminated as to the referenced collateral only and any co-debtor stay under § 1301 be terminated in all respects. Pending the consideration of this Modification Motion, the Trustee shall immediately cease any plan distribution to the additional claimant on account of the allowed secured claim for which the surrendered collateral stands as security. The affected claimant shall have **ninety (90) days after the entry of the order granting this Modification Motion** to file an amended proof of claim regarding recovery of any deficiency balance from the Estate resulting from the disposition of the collateral. Any such allowed general unsecured claim will thereafter be treated under § 5.2 of the confirmed plan.

| Claimant | Collateral Description | Collateral Location |
|---|---|---|
| | | |

☒ **None.** No additional DSO Claims designated for treatment under **§ 4.4** of the Plan. [9]

☐ **No Remaining Claims.** All claims previously listed as a DSO Claim in **§ 4.4** of the Plan have been reclassified.

☐ **Revised/Additional DSO Claims. § 4.4** of the Plan regarding the treatment of DSO Claims is **MODIFIED** in the following respects:

---

[7] Any reference to § 3.5 of the Plan herein includes any payments designated and confirmed under ¶ 12(B) of the 2006 version of TXEB Local Form 3015-a.

[8] Any reference to § 3.6 of the Plan herein includes any designations for surrender of collateral under ¶ 6(C) of the 2006 version of TXEB Local Form 3015-a. .

[9] Any reference to § 4.4 of the Plan herein includes any payments designated and confirmed under ¶ 5(A) of the 2006 version of TXEB Local Form 3015-a.

| DSO Claimant | Projected DSO Claim Amount | Projected Monthly Payment by Trustee |
|---|---|---|
| | | |

☒ **None.** No additional Tax/Other Priority Claims designated for treatment under **§ 4.6** of the Plan. [10]

☐ **No Remaining Claims.** All claims previously listed as a Tax/Other Priority Claim in **§ 4.6** of the Plan have been reclassified.

☐ **Revised/Additional Tax/Priority Claims. § 4.6** of the Plan regarding the treatment of Tax/Other Priority Claims is **MODIFIED** in the following respects:

| Priority Claimant | Projected Claim Amount | Projected Monthly Payment by Trustee |
|---|---|---|
| | | |

☐ **Part 8** of the Plan is **MODIFIED** with the inclusion of the following Special Provision:x.

Under Bankruptcy Rule 3015(c), nonstandard provisions **must** be set forth below. A nonstandard provision is a provision not otherwise included in the Official TXEB Form or any deviation from it. *Any nonstandard provision set out elsewhere in this Modification Motion is void. Even if set forth below, any nonstandard provision is void* **unless the "Included" box is checked in ¶ 3 of this Modification Motion.**

_____
_____
_____
_____
_____
_____

Debtor   John I. Perrault and Ruby H. Perrault                                    Case number   17-10263

**10.** Any reference to § 4.6 of the Plan herein includes any payments designated and confirmed under ¶ 5(B) of the 2006 version of TXEB Local Form 3015-a.

5. **Request for Additional Attorney's Fees (Expiration of Benchmark Fee Period Only):**

   LBR In light of the fact that the Benchmark Fee Period under 2016(h) expired prior to the filing of this motion, the Debtor's attorney Steven S. Packard requests an additional award of $ 600.00 to be paid pursuant to § 4.3 of the confirmed Plan for legal services rendered and for reimbursement of expenses incurred with regard to the preparation and filing of this Modification Motion and other documents pertaining thereto. This award would be in addition to any other fees previously awarded or paid in this case and shall be paid in a manner consistent with § 9.2 of the confirmed Plan.

   WHEREFORE, the Movant, as identified in ¶ 1 herein, respectfully prays that the foregoing Modification Motion be granted, that the Debtor's Plan be modified in the manner set forth herein, that, if applicable, any request for additional attorney's fees as set forth in ¶5 be granted, and that such other and further relief be granted in this regard as may be appropriate under the circumstances.

                                                        Respectfully submitted,


                                                        /s/ Steven S. Packard
                                                        Steven S. Packard 15402590
                                                        1240 Orleans, Suite 200
                                                        Beaumont, TX 77701

                                                        Phone: (409) 832-2300
                                                        Fax: (409) 833-8638

                                                        ATTORNEY FOR DEBTOR(S)

Debtor   John I. Perrault and Ruby H. Perrault                                                Case number   17-10263

# CERTIFICATE OF SERVICE

I certify that on the date below, a true and correct copy of the above and foregoing Motion to Modify Confirmed Chapter 13 Plan, together with the attached proposed Order, shall be served via electronic means, if available, otherwise by regular, first class mail to the following parties:

See Attached Matrix

| 06/18/2019 | /s/ Steven S. Packard |
|---|---|
| Date | Steven S. Packard |

Debtor   John I. Perrault and Ruby H. Perrault          Case number   17-10263

# EXHIBIT A VARIABLE PLAN PAYMENTS

This is a **60** Month Plan
Beginning on **6/1/2017** and Ending on **5/1/2022**

| # | Month / Date | Payment | # | Month / Date | Payment | # | Month / Date | Payment |
|---|---|---|---|---|---|---|---|---|
| 1 | 6/1/2017 | $1,977.00 | 21 | 2/1/2019 | $1,977.00 | 41 | 10/1/2020 | $2,060.00 |
| 2 | 7/1/2017 | $1,977.00 | 22 | 3/1/2019 | $1,977.00 | 42 | 11/1/2020 | $2,060.00 |
| 3 | 8/1/2017 | $1,977.00 | 23 | 4/1/2019 | $1,977.00 | 43 | 12/1/2020 | $2,060.00 |
| 4 | 9/1/2017 | $1,977.00 | 24 | 5/1/2019 | $1,977.00 | 44 | 1/1/2021 | $2,060.00 |
| 5 | 10/1/2017 | $1,977.00 | 25 | 6/1/2019 | $1,977.00 | 45 | 2/1/2021 | $2,060.00 |
| 6 | 11/1/2017 | $1,977.00 | 26 | 7/1/2019 | $2,060.00 | 46 | 3/1/2021 | $2,060.00 |
| 7 | 12/1/2017 | $1,977.00 | 27 | 8/1/2019 | $2,060.00 | 47 | 4/1/2021 | $2,060.00 |
| 8 | 1/1/2018 | $1,977.00 | 28 | 9/1/2019 | $2,060.00 | 48 | 5/1/2021 | $2,060.00 |
| 9 | 2/1/2018 | $1,977.00 | 29 | 10/1/2019 | $2,060.00 | 49 | 6/1/2021 | $2,060.00 |
| 10 | 3/1/2018 | $1,977.00 | 30 | 11/1/2019 | $2,060.00 | 50 | 7/1/2021 | $2,060.00 |
| 11 | 4/1/2018 | $1,977.00 | 31 | 12/1/2019 | $2,060.00 | 51 | 8/1/2021 | $2,060.00 |
| 12 | 5/1/2018 | $1,977.00 | 32 | 1/1/2020 | $2,060.00 | 52 | 9/1/2021 | $2,060.00 |
| 13 | 6/1/2018 | $1,977.00 | 33 | 2/1/2020 | $2,060.00 | 53 | 10/1/2021 | $2,060.00 |
| 14 | 7/1/2018 | $1,977.00 | 34 | 3/1/2020 | $2,060.00 | 54 | 11/1/2021 | $2,060.00 |
| 15 | 8/1/2018 | $1,977.00 | 35 | 4/1/2020 | $2,060.00 | 55 | 12/1/2021 | $2,060.00 |
| 16 | 9/1/2018 | $1,977.00 | 36 | 5/1/2020 | $2,060.00 | 56 | 1/1/2022 | $2,060.00 |
| 17 | 10/1/2018 | $1,977.00 | 37 | 6/1/2020 | $2,060.00 | 57 | 2/1/2022 | $2,060.00 |
| 18 | 11/1/2018 | $1,977.00 | 38 | 7/1/2020 | $2,060.00 | 58 | 3/1/2022 | $2,060.00 |
| 19 | 12/1/2018 | $1,977.00 | 39 | 8/1/2020 | $2,060.00 | 59 | 4/1/2022 | $2,060.00 |
| 20 | 1/1/2019 | $1,977.00 | 40 | 9/1/2020 | $2,060.00 | 60 | 5/1/2022 | $2,060.00 |

**Total**     **$121,525.00**

```
Label Matrix for local noticing          AWA Collections                         Acceptance Now
0540-1                                    AWA Collections                         Attn: Bankruptcy
Case 17-10263                             PO Box 6605                             5501 Headquarters Dr
Eastern District of Texas                 Orange, CA 92863-6605                   Plano, TX 75024-5837
Beaumont
Tue Jun 18 11:29:47 CDT 2019

Ad Astra Recovery                         Allied Interstate Llc                   Amerimark Premier
8918 W 21st St N                          7525 W Campus Rd                        1515 S 21st St
Suite 200 Mailbox 303                     New Albany, OH 43054-1121               Clinton, IA 52732-6676
Wichita, KS 67205-1885


Atlas Acquisitions LLC                    Atlas Acquisitions LLC                  Barrett Daffin Frappier Turner & Engel
294 Union St.                             294 Union St.                           4004 Belt Line Rd, Ste 100
Hackensack, NJ 07601-4303                 Hackensack, NJ 07601-4303               Addison, TX 75001-4320
                                          Attn: Avi Schild


Christopher K. Baxter                     CMRE Financial Services                 Capital Ba6
Marinosci & Baxter                        3075 E Imperial Hwy                     P.O. Box 18022
14643 Dallas Parkway                      Suite 200                               Tampa, FL 33679-8022
Suite 750                                 Brea, CA 92821-6753
Dallas, TX 75254-8884


Carrington Mortgage Se                    Consumer Portfolio Svc                  Credit Collections Svc
1610 E Saint Andrew Place Sutie B150      Attn: Bankruptcy                        PO Box 773
Santa Ana, CA 92705-4931                  19500 Jamboree Rd                       Needham, MA 02494-0918
                                          Irvine, CA 92612-2411


ERC/Enhanced Recovery Corp                Carey D. Ebert.                         Educationfirst Fcu
8014 Bayberry Rd                          Plaza Tower                             Po Box 751
Jacksonville, FL 32256-7412               110 N. College Ave, 12 Floor            Beaumont, TX 77704-0751
                                          Tyler, TX 75702-7226


Express Collections In                    First Premier Bank                      Tara Grundemeier
818 Sanit Joseph St Ste                   601 S Minneaplois Ave                   4828 Loop Central Dr., Ste 600
Rapid City, SD 57701-2610                 Dious FDalls, SD 57104                  Houston, TX 77081-1246


Harris & Harris, Ltd                      IC Systems, Inc                         IRS
111 W Jackson Blvd                        444 Highway 96 East                     P.O.Box 7346
Suite 400                                 St Paul, MN 55127-2557                  Philadelphia, PA 19101-7346
Chicago, IL 60604-4135


Integrity Texas Funding                   (p)JEFFERSON CAPITAL SYSTEMS LLC        Jefferson County
3440 Preston Ridge Rd                     PO BOX 7999                             c/o Clayton Mayfield
Ste 500                                   SAINT CLOUD MN 56302-7999               1148 Park Street
Alpharetta, GA 30005-3823                                                         Beaumont, TX 77701-3614


Jefferson County TAC                      Jefferson County Tax Office             John I. Perrault
P.O. Box 2112                             c/o Clayton E. Mayfield                 1990 Leight Street
Beaumont, Texas 77704-2112                Linebarger Goggan Blair & Sampson, LLP  Beaumont, TX 77703-3448
                                          1148 Park St
                                          Beaumont, TX 77701-3614
```

| | | |
|---|---|---|
| John J. Talton<br>110 N. College Ave. Suite 1200<br>Tyler, TX 75702-7242 | Lone Star Title Loans<br>3695 College St<br>Beaumont, TX 77701-4617 | MRS BPO<br>1930 Olney Ave<br>Cherry Hill, NJ 08003-2016 |
| Med Data Systems<br>2001 9th Ave<br>Ste 312<br>Vero Beach, FL 32960-6413 | Midnight Velvet<br>Swiss Colony/Midnight Velvet<br>1112 7th Ave<br>Monroe, WI 53566-1364 | Montgomery Ward<br>1112 7th Ave<br>Monroe, WI 53566-1364 |
| Optimum Outcomes, Inc<br>2651 Warrenville Rd Ste 500<br>Suite 400<br>Downers Grove, IL 60515-5559 | PRA Receivables Management, LLC<br>PO Box 41021<br>Norfolk, VA 23541-1021 | Steven S. Packard<br>Packard & Packard, PLLC<br>1240 Orleans Street, Suite 200<br>Beaumont, TX 77701-3612 |
| Packard LaPray<br>1240 Orleans<br>Beaumont, TX 77701-3612 | Ruby H. Perrault<br>3585 North Major Drive Apt 306<br>Beaumont, TX 77713-2059 | Pinnacle Credit Services<br>PO Box 640<br>Hopkins, MN 55343-0640 |
| Pinnacle Credit Services, LLC its successors<br>assigns as assignee of Cellco<br>Partnership d/b/a Verizon Wireless<br>Resurgent Capital Services<br>PO Box 10587<br>Greenville, SC 29603-0587 | (p)PORTFOLIO RECOVERY ASSOCIATES LLC<br>PO BOX 41067<br>NORFOLK VA 23541-1067 | Premier Bankcard, LLC<br>c/o Jefferson Capital Systems, LLC Assig<br>PO Box 7999<br>Saint Cloud, MN 56302-7999 |
| Premier Bankcard, Llc<br>Jefferson Capital Systems LLC Assignee<br>Po Box 7999<br>Saint Cloud Mn 56302-7999 | Sec Check<br>2653 West Oxford Loop<br>Suite 108<br>Oxford, MS 38655-2929 | Selene Finance<br>PO Box 422039<br>Houston, TX 77242-4239 |
| Seventh Ave<br>1112 7th Ave<br>Monroe, WI 53566-1364 | Southwest Credit Systems<br>4120 International Parkway Ste 1100<br>Carrollton, TX 75007-1958 | Speedy/Rapid Cash<br>PO Box 780408<br>Wichita, KS 67278-0408 |
| The Swiss Colony<br>c/o Creditors Bankruptcy Service<br>PO Box 800849<br>Dallas, TX 75380-0849 | U.S. Attorney General<br>Department of Justice<br>Main Justice Building<br>10th & Constitution Ave., NW<br>Washington, DC 20530-0001 | US Trustee<br>Office of the U.S. Trustee<br>110 N. College Ave.<br>Suite 300<br>Tyler, TX 75702-7231 |
| United States Trustee's Office<br>110 North College Avenue, Suite 300<br>Tyler, Texas 75702-7231 | Verizon<br>c/o American InfoSource LP<br>PO Box 248838<br>Oklahoma City, OK 73124-8838 | Wells Fargo Bank, N.A.<br>PO Box 5058 MAC P6053-021<br>Portland, OR 97208-5058 |
| Stephen G. Wilcox<br>Wilcox Law, PLLC<br>P.O. Box 201849<br>Arlington, TX 76006-1849 | Wilmington Savings Fund Society, FSB<br>Marinosci Law Group, P.C.<br>c/o Frederic Dispigna<br>100 West Cypress Creek Road, Suite 1045<br>Fort Lauderdale, FL 33309-2191 | Wilmington Savings Fund Society, FSB, d/b/a<br>C/O Selene Finance LP<br>9990 Richmond Ave Ste 400 South<br>Houston TX 77042-4546 |

C/o Selene Finance L Wilmington Savings Fund
9990 Richmond Ave Ste 400 South
Houston, TX 77042-4546


The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).


Jefferson Capital Systems LLC
Po Box 7999
Saint Cloud Mn 56302-9617

Portfolio Recovery Associates, LLC
POB 41067
Norfolk VA 23541



The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.


(d)Capital Ba6
P.O. Box 18022
Tampa, FL 33679-8022

(d)PRA Receivables Management, LLC
PO Box 41021
Norfolk, VA 23541-1021

(d)John I. Perrault
1990 Leight Street
Beaumont, TX 77703-3448


(u)Portfolio Recovery Associates, LLC

(u)Portfolio Recovery Associates, LLC, assign

(d)Ruby H. Perrault
3585 North Major Drive Apt 306
Beaumont, TX 77713-2059


End of Label Matrix
Mailable recipients    60
Bypassed recipients     6
Total                  66